UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK

11:46 am, Jul 15, 2024

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

TRAVIS HAUSER, individually and on behalf of all other persons similarly situated,

                Plaintiff,

-against-

TVI, INC. d/b/a Savers,

                Defendant.

Case No.: 2:24-cv-1126

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS AGAINST DEFENDANT

    IT IS HEREBY STIPULATED AND AGREED, by and between the duly authorized attorneys of record for Plaintiff TRAVIS HAUSER and Defendant TVI, INC. d/b/a Savers., that the above-entitled action shall be dismissed without prejudice as against Defendant without costs or attorneys' fees to any party as against the other.

LEEDS BROWN LAW, P.C.
*ATTORNEYS FOR PLAINTIFFS*
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550

By: _____
    Brett Cohen, Esq.

Dated: July 12, 2024

JACKSON LEWIS P.C.
*Attorneys for Defendant*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

By: /s/ Jeffrey Brecher
    Jeffrey W. Brecher, Esq.

Dated: July 12, 2024

SO ORDERED ON THIS __15__ day of __July__, 2024

                /s/ Gary R. Brown
                U.S.D.J.